

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MERRICK BANK CORPORATION

    Plaintiff

v.

CHARTIS SPECIALTY INSURANCE COMPANY

    Defendant
-----------------------------------------------------------------X

Civil Action No. 12 CIV 7315

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                    S.S.
COUNTY OF NEW YORK)

ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 11th day of October, 2012, at approximately 2:40 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 CORPORATE DISCLOSURE, ELECTRONIC CASE FILING RULES & INSTRUCTIONS, AND INDIVIDUAL PRACTICES OF RICHARD J. SULLIVAN** upon **CHARTIS SPECIALTY INSURANCE COMPANY** at American International Specialty Lines Insurance Company, 180 Maiden Lane, New York, NY, by personally delivering and leaving the same with ERIN ALDERETTE, who informed deponent that she holds the position of Legal Assistant with that company and is authorized by appointment to receive service at that address.

ERIN ALDERETTE is a white female, approximately 35 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 115 pounds with brown hair and dark eyes.

_____
ROBERT MILLS, # 1004298

Sworn to before me this
15th day of October, 2012

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com