# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

**MEMO ENDORSED**

P.O. Box 1980 • Morristown, NJ 07962
Hand Delivery:
325 Columbia Turnpike • Suite 301 • Florham Park, NJ 07932
973.514.1200 • fax 973.514.1660
www.bressler.com

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 11/8/2012 |

Charles W. Stotter
Counsel

Direct: 973-660-4478
cstotter@bressler.com

November 6, 2012

**VIA FEDERAL EXPRESS**

Hon. Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street – Room 640
New York, NY 10007



Re:   Merrick Bank Corporation v. Chartis Specialty Insurance Company
      Civil Action No. 12-CIV-7315 (RJS) (S.D.N.Y.)

Dear Judge Sullivan:

We represent defendant Chartis Specialty Insurance Company in the above-referenced action, and write pursuant to Section 1.D of Your Honor's Individual Practices, with the consent of plaintiff, to request that Your Honor "so order" a brief extension of time for Chartis to respond to the Complaint.

The Complaint was served on October 11, 2012, and a response was due on November 1, 2012. Due to Hurricane Sandy, Chartis' office in lower Manhattan and this firm's office in lower Manhattan were closed last week and remain closed. The undersigned's office in New Jersey was also closed last week, but just re-opened yesterday.

Plaintiff has agreed that Chartis may have until November 13, 2012 to respond to the Complaint. No request for such an extension has previously been made.

Accordingly, we respectfully request that Your Honor "so order" an extension of time to November 13, 2012 for Chartis to respond to the Complaint.

Respectfully submitted,

BRESSLER, AMERY & ROSS, P.C.

By: /s/ Charles W. Stotter
Charles W. Stotter

**SO ORDERED**
Dated: 11/7/12
/s/ RICHARD J. SULLIVAN
U.S.D.J.

1678329.1

New Jers

# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

Hon. Richard J. Sullivan, U.S.D.J.
November 6, 2012
Page 2

Cc:    Daniel G. Gurfein, Esq.
       James Regan, Esq.
       Satterlee Stephens Burke & Burke, LLP

       Attorneys for Plaintiff
       Merrick Bank Corporation

       (via e-mail and Federal Express)

1678329.1